Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,              )<br>                              )<br>        Plaintiff,            )<br>    v.                        )<br>                              )<br> JOHN DOE,                     )<br>                              )<br>        Defendant.             )<br>_____) | No. 3:12-CV-12-3253 WHA<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELEIF FOR LEAVE TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff AF Holdings LLC, by and through its undersigned counsel, and pursuant to Northern District of California Local Rule (hereinafter "L.R.") 7-11, hereby moves this Court for administrative relief for an order continuing the initial case management conference for good cause. Per the Clerk's Notice Scheduling Initial Case Management Conference on Reassignment, the Initial Case Management Conference (hereinafter "ICMC") is scheduled for Thursday September 27, 2012. (ECF No. 9.)  John Doe is an individual associated with the Internet Protocol ("IP") address 76.254.71.44 (ECF No. 1 ¶ 4), and as explained in Plaintiff's Case Management Conference Statement, Plaintiff has not yet obtained the requested information from the ISP, AT&T Internet Services ("AT&T"). (*See* ECF No. 12.) Currently, Plaintiff is waiting for AT&T to produce the requested information in order to proceed to name and serve a defendant to this case.

At this juncture, Plaintiff believes that, in light of the above, a case status conference is unnecessary as there is nothing substantive to report at this time outside of the matters discussed

herein.  As Plaintiff currently does not have any information to identify and name John Doe, Plaintiff is the only party to the case. Without the participation of all the parties, such a hearing would be a waste of the Court's time and resources.

For these reasons, Plaintiff respectfully requests that this Court continue the CMC to Thursday, December 13, 2012, at 11:00 a.m. or to a later date that is in accordance with this Court's schedule.

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: September 20, 2012**

By: \_\_\_\_/s/  Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel for Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 20, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, and all attachments and related documents, using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.